## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT—EASTERN DIVISION

| | |
|---|---|
| LATONYA C. HUNT | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| AYALYTICAL INSTRUMENTS, INC. | ) |
| Defendant. | ) |

### COMPLAINT AT LAW FOR RACIAL DISCRIMINATION

Now comes Plaintiff Latonya C. Hunt by her attorney Dan Walker of the Dan Walker Law Office and for her Complaint against Defendant Ayalytical Instruments Inc. states as follows:

1.      Plaintiff Hunt is a female who racially identifies as Afro-American or Black. She was born in 1974 and is currently 48 years of age.

2.      At all times herein, Plaintiff was a resident of the City of Chicago, County of Cook, State of Illinois.

3.      Defendant Ayalytical Instruments, Inc. (hereafter Defendant" or "Defendant AI, Inc.") is an Illinois corporation with its principal place of business at 2787 Fullerton Ave., Chicago, IL 60612.

4.      Defendant is engaged in interstate commerce and its principal business is to supply and manufacture high-quality petroleum testing equipment and supplies.

5.      The Court has jurisdiction over this matter pursuant to 28 U.S.C. §1331, 1343(4), and 28 U.S.C. §2201 and 2202. This lawsuit is brought pursuant to the Civil Rights Act of 1866, 42 U.S.C. §1981, 1981a and the Civil Rights Act of 1963, 42 U.S.C. §2000e et. seq as amended by the Civil Rights Act of 1991.

6.      The venue is proper as both parties hereto reside in and the unlawful employment practices alleged herein occurred in the Northern District of Illinois.

1

7. Plaintiff was an employee of Defendant from February 1, 2019, to September 10, 2021. During said time Plaintiff Hunt was a warehouse supervisor. She was the sole black employee of Defendant. She was terminated as an employee of Defendant on September 21, 2021.

8. Plaintiff filed a charge with the Equal Employment Opportunity Commission. On July 6, 2022, a Determination and Notice of Rights a/k/a Notice of Right to Sue letter was issued to Plaintiff by EEOC, a copy of which is attached hereto as Exhibit A. Plaintiff received the aforesaid letter on or about July 9, 2022.

9. During her tenure at Defendant, Defendant created an environment that encouraged and fostered a hostile work environment for Plaintiff due to her race. Such conduct was ongoing, open, and notorious. Simply put racial discrimination was deeply embedded in Defendant's work-place. The harassment, abuse, and discrimination was encouraged by Defendant's management's refusal to stop the misbehavior.

10. Plaintiff was subjected to a stricter level of scrutiny than her similarly situated white co-workers. She was passed over for promotions because of her race. She was often called a slave and treated as a slave as she was repeatedly asked to do menial jobs that were not within her job description. In addition, she was subjected to physical abuse by her supervisor.

11. Plaintiff would speak or attempt to speak with her managers about her treatment but each was dismissive and did nothing about her complaints of racial discrimination or harassment.

12. At all times, Defendant knew or should have known of the racial harassment and discrimination but failed to take prompt action. Instead, it did the opposite and condoned, ratified, and allowed the racially harassing and discriminatory behavior to continue.

2

13. On September 21, 2021 Defendant terminated Plaintiff in retaliation for her complaints of racial discrimination and harassment.

**WHEREFORE**, Plaintiff Latonya C. Hunt prays that this court enter judgment in her favor and against Defendant Ayalytical Instruments, Inc. and provide the following relief:

a. Award actual damages including appropriate amounts of back pay and front pay and the money lost from failure to promote:

b. Award compensatory damages for racial discrimination, retaliatory discharge, wrongful termination, and hostile work environment;

c. Award reasonable attorney's fees and costs;

d. Award all other appropriate relief which the court deems necessary and appropriate.

Respectfully Submitted,

Dan Walker

Dan Walker
Dan Walker Law Office
Attorney for Plaintiff
Attorney No. 2921839
211 WE. Chicago Ave. #109
Hinsdale, IL 60521
630.920.8800
dan@danlawpc.com

3